P. STERLING KERR, ESQ.
Nevada Bar No. 3978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: taylor@kerrsimpsonlaw.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA CORSON<br><br>Plaintiff,<br><br>v.<br><br>EXECUTIVE REALTY SERVICES, INC.; and DONALD EDWARD KLEIN<br><br>Defendants. | Case No.: 2:22-cv-01292-RFB-BNW<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>(First Request) |

COMES NOW Plaintiff LISA CORSON (hereinafter "Plaintiff") and Defendants EXECUTIVE REALTY SERVICES, INC. and DONALD EDWARD KLEIN, (hereinafter "Defendants") by and through their respective counsel enter into this Stipulation. Pursuant to LR IA 6-1, this is the first such stipulation to extend Defendants' deadline to file a responsive pleading to the Complaint [Docket No. 1, filed on August 11, 2022].

Whereas, Defendants have been duly served with copies of the Complaint [Docket No. 1] and summons [Docket Nos. 6 and 7, respectively];

Whereas, Defendants have retained counsel and have tentatively begun settlement negotiations with Plaintiff;

Whereas, Defendants have identified the fact that there are other parties that are necessary and proper parties to this action; and

Whereas, the Parties have agreed to extend the deadline for Defendants to file a responsive pleading.

Now therefore, the parties hereby stipulate and agree that Defendants' deadline to file a response to Plaintiff's Compliant is extended to October 11, 2022.

| Dated this 20th day of September, 2022 | Dated this 20th day of September, 2022 |
|---|---|
| KERR SIMPSON ATTORNEYS AT LAW | RANDAZZA LEGAL GROUP, PLLC |
| /s/ Taylor Simpson | /s/ Trey A. Rothell |
| P. Sterling Kerr, Esq.<br>Nevada Bar No. 3978<br>Taylor Simpson, Esq.<br>Nevada Bar No. 13956<br>2900 W. Horizon Ridge Parkway, Ste 200<br>Henderson, NV 89052<br>Telephone No.: (702) 451-2055<br>Facsimile No: (702) 451-2077<br>Email: sterling@kerrsimpsonlaw.com<br>Email: taylor@kerrsimpsonlaw.com<br>*Attorneys for Defendants* | Trey A. Rothell, Esq.<br>Nevada Bar No. 15993<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117<br>Telephone No.: (702) 420-2001<br>Email: tar@randazza.com<br>*Attorney for Plaintiff* |

### **ORDER**

**IT IS SO ORDERED**

**DATED:** 5:33 pm, September 22, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**