1  P. STERLING KERR, ESQ.
   Nevada Bar No. 3978
2  TAYLOR SIMPSON, ESQ.
   Nevada Bar No. 13956
3  KERR SIMPSON ATTORNEYS AT LAW
4  2900 W. Horizon Ridge Parkway, Suite 200
   Henderson, Nevada 89052
5  Telephone No. (702) 451-2055
   Facsimile No. (702) 451-2077
6  Email: sterling@kerrsimpsonlaw.com
   Email: taylor@kerrsimpsonlaw.com
7  *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA CORSON | Case No.: 2:22-cv-01292-RFB-BNW |
| Plaintiff, | |
| v. | **STIPULATION TO SET ASIDE DEFAULT AGAINST DEFENDANTS** |
| EXECUTIVE REALTY SERVICES, INC.; and DONALD EDWARD KLEIN | |
| Defendants. | |

COMES NOW Plaintiff LISA CORSON (hereinafter "Plaintiff") and Defendants EXECUTIVE REALTY SERVICES, INC. and DONALD EDWARD KLEIN, (hereinafter "Defendants") by and through their respective counsel enter into this Stipulation.

/ / /

/ / /

The Parties hereby stipulate that the Default entered against Defendants on November 7, 2022 [Docket No. 11] should be set aside. It is further stipulated between the parties that Defendants shall have 14 days from the date of the Order regarding this stipulation to file a responsive pleading.

Dated this 14th day of November, 2022                     Dated this 14th day of November, 2022

 KERR SIMPSON ATTORNEYS AT LAW                 RANDAZZA LEGAL GROUP, PLLC

 /s/ Taylor Simpson                                                  /s/ Trey A. Rothell
P. Sterling Kerr, Esq.                                                Trey A. Rothell, Esq.
Nevada Bar No. 3978                                                Nevada Bar No. 15993
Taylor Simpson, Esq.                                                2764 Lake Sahara Drive, Suite 109
Nevada Bar No. 13956                                              Las Vegas, NV 89117
2900 W. Horizon Ridge Parkway, Ste 200              Telephone No.: (702) 420-2001
Henderson, NV 89052                                               Email: tar@randazza.com
Telephone No.: (702) 451-2055                                *Attorney for Plaintiff*
Facsimile No: (702) 451-2077
Email: sterling@kerrsimpsonlaw.com
Email: taylor@kerrsimpsonlaw.com
*Attorneys for Defendants*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  18th day of November, 2022.