Marc J. Randazza (NV Bar No. 12265)
Trey A. Rothell (NV Bar No. 15993)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
701.520.2001 – Telephone
ecf@randazza.com

Attorneys for Plaintiff
Lisa Corson

Taylor Simpson (NV. Bar No. 13956)
Sterling Kerr (NV. Bar No. 003978)
KERR SIMPSON ATTORNEYS AT LAW
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89051
702.451.2055 – Telephone
taylor@kerrsimpsonlaw.com
sterling@kerrsimpson.com

Attorney for Defendants
Executive Realty Services, Inc.
and Donald Edward Klein

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA CORSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>EXECUTIVE REALTY SERVICES, INC. and DONALD EDWARD KLEIN,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-01292-RFB-BNW<br><br>**PARTIES' STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES OR DEFENDANTS TO FILE AN AMENDED ANSWER**<br><br>**(First Request)** |

## PARTIES' STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE A MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES OR DEFENDANTS TO FILE AN AMENDED ANSWER

Pursuant to LR IA 6-2 and LR 7-1, Plaintiff Lisa Corson ("Corson") and Defendants Executive Realty Services, Inc. and Donald Edward Klein (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the date by which Plaintiff may file a motion to strike affirmative defenses or Defendants to Amend their Answer from December 23, 2022 to January 23, 2023. This is the first such request for an extension of time. In support thereof, the Parties state as follows:

1. Corson filed her Complaint on August 11, 2022 at ECF No. 1;

2. Defendants filed their Answer on December 2, 2022 at ECF No. 15;

3. Plaintiff's motion to strike affirmative defenses deadline is December 23, 2022 (*see* Fed. R. Civ. P. 12(f)(2));

4. Defendants' deadline to Amend its Answer is December 23, 2022 (*see* Fed. R. Civ. P. 15(a)(1)(A));

5. Plaintiff sent a letter to Defendants' requesting a meet and confer to discuss the affirmative defenses;

6. Defendants' Answer to Corson's Complaint contains 23 Affirmative Defenses;

7. Counsel for the parties require additional time in which to confer regarding Defendants' Affirmative Defenses as the Parties look towards early resolution of this matter;

8. Because of the Holidays, Counsel for both Parties will be unable to meet and confer regarding Affirmative Defenses until December 27, 2022;

9. Parties are actively making progress towards early settlement and resolution of this matter;

10. The Parties believe that extending Plaintiff's time to file its motion to strike affirmative defenses will conserve resources;

11. Parties request an additional 30 days in which to file a motion to strike affirmative defenses or amended answer, if needed, up to and including January 23, 2023;

12. Defendants' counsel does not object to continuing the deadlines;

13. This request is not made for delay; and

14. This will not delay or have any effect on the schedule in this case.

Accordingly,

IT IS STIPULATED that Plaintiff's deadline to file a motion to strike affirmative defenses and for Defendant to Amend their Answer is hereby continued from December 23, 2022 to January 23, 2023.

DATED:  December 16, 2022                    Respectfully submitted,

/s/ Trey A. Rothell                                              /s/ Taylor Simpson
MARC J. RANDAZZA                                         TAYLOR SIMPSON
TREY A. ROTHELL                                             STERLING KERR
**RANDAZZA LEGAL GROUP, PLLC**          **KERR SIMPSON ATTORNEYS AT LAW**
Attorneys for Plaintiff Lisa Corson

Attorneys for Defendants Executive Realty Services, Inc. and Donald Edward Klein

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 19, 2022