Marc J. Randazza (NV Bar No. 12265)
Trey A. Rothell (NV Bar No. 15993)
**RANDAZZA LEGAL GROUP, PLLC**
4974 S. Rainbow Boulevard, Ste. 100
Las Vegas, Nevada 89118
Telephone: (702) 420-2001
ecf@randazza.com

Attorneys for Plaintiff
Lisa Corson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LISA CORSON,<br><br>       Plaintiff,<br><br>   v.<br><br>EXECUTIVE REALTY SERVICES, INC. and DONALD EDWARD KLEIN,<br><br>       Defendants.<br><br>EXECUTIVE REALTY SERVICES, INC.; and DONALD EDWARD KLEIN,<br><br>       Third Party Plaintiffs,<br><br>   v.<br><br>DONALD E. CRIM, an individual; and JUDY CRIM, an individual,<br><br>       Third Party Defendants. | Case No. 2:22-cv-1292-RFB-BNW<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

# JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Lisa Corson, Defendants/Third Party Plaintiffs Executive Realty Services, Inc. and Donald Edward Klein, and Third Party Defendants Donald E. Crim and Judy Crim, by and through their undersigned counsel, hereby stipulate to dismissal of the instant lawsuit, including all third party claims, with prejudice, with each party to bear their own costs, attorneys' fees, and expenses. The Parties request that the Court retain jurisdiction to enforce the provisions of the Settlement Agreement & Release entered into by the Parties.

DATED this 8th day of March 2023.

RANDAZZA LEGAL GROUP, PLLC

/s/ Trey A. Rothell
Marc. J. Randazza (NV Bar No. 12265)
Trey A. Rothell (NV Bar No. 15993)
4974 S. Rainbow Boulevard, Ste. 100
Las Vegas, Nevada 89118
Telephone: (702) 420-2001
ecf@randazza.com

Attorneys for Plaintiff Lisa Corson


GALLIAN WELKER & ASSOCIATES, L.C.

/s/ Nathan E. Lawrence
Nathan E. Lawrence (NV Bar No. 15060)
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
nlawrence@vegascase.com

Attorneys for Third Party Defendants
Donald E. Crim and Judy Crim

KERR SIMPSON ATTORNEYS AT LAW

/s/ Taylor Simpson
P. Sterling Kerr (NV Bar No. 003978)
Taylor Simpson (NV Bar No. 13956)
2900 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
Telephone No. (702) 451-2055
Email: sterling@kerrsimpsonlaw.com
Email: taylor@kerrsimpsonlaw.com

Attorneys for Defendants/Third Party Plaintiffs Executive Realty Services, Inc. and Donald Edward Klein


IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 9th day of March, 2023.

Case No. 2:22-cv-1292-RFB-BNW

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 8, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Trey A. Rothell
TREY A. ROTHELL